WILLIAM MOODY, an Infant, by BESSIE MOODY, His Guardian ad Litem, et al., Respondents, *v.* JOEL GREEN et al., Appellants, and THE CITY OF NEW YORK, Respondent

Submitted February 25, 1946; decided March 7, 1946.

*John J. Bennett, Corporation Counsel (Joseph F. Mulqueen, Jr., of counsel), for motion.*

*Louis Helfenstein opposed.*

Motion granted and appeal dismissed, with costs and $10 costs of motion.